IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| RICARDO CORONADO-DELEON, | NO. 4:21-CR-0024-MHC-WEJ |
| Defendant. | |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Walter E. Johnson [Doc. 29] recommending that Defendant's plea of guilty to the Indictment [Doc. 12] be accepted and that Defendant be scheduled for a sentencing hearing. The Order for Service of the R&R [Doc. 30] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 29] as the Opinion and Order of the Court.  It is hereby **ORDERED** that Defendant's Plea of Guilty to the Indictment charging him with being found within the United States after having previously been deported and removed from the United States, without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States, in violation of 8 U.S.C. §§1326(a) and (b)(1), is **ACCEPTED** and Defendant is hereby **ADJUDGED GUILTY** of the crime charged in the Indictment.

The courtroom deputy will contact counsel for the parties to schedule the date for sentencing.

**IT IS SO ORDERED** this 17th day of November, 2021.

_____
MARK H. COHEN
United States District Judge